```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15750
   MARY L BENNETT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-9780

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/30/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
GATEWAY FINANCIAL SERVIC  SECURED VEHIC    8235.55         368.85        759.15
GATEWAY FINANCIAL SERVIC  UNSECURED       NOT FILED           .00           .00
TCF NATIONAL BANK         UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         349.10            .00           .00
BAD CHECK RESTITUTION PR  UNSECURED       NOT FILED           .00           .00
SPRINT PCS                UNSECURED       NOT FILED           .00           .00
CBE GROUP                 UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        3200.00            .00           .00
AT&T BROADBAND            UNSECURED       NOT FILED           .00           .00
COMCAST                   UNSECURED       NOT FILED           .00           .00
COMCAST                   UNSECURED       NOT FILED           .00           .00
DIVERSIFIED EMERG SERV    UNSECURED       NOT FILED           .00           .00
DIVERSIFIED EMERG SERV    UNSECURED       NOT FILED           .00           .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00           .00
SIM EDUCATION CREDIT FIN  UNSECURED       NOT FILED           .00           .00
SIM EDUCATION CREDIT FIN  UNSECURED       NOT FILED           .00           .00
RUSH PRUDENTIAL           UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL             UNSECURED         171.00            .00           .00
NCO-MEDCLR                UNSECURED       NOT FILED           .00           .00
NCO-MEDCLR                UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL             UNSECURED         278.00            .00           .00
FRANCISCO EMERGENCY PHYS  UNSECURED       NOT FILED           .00           .00
FRANCISCO EMERGENCY PHYS  UNSECURED       NOT FILED           .00           .00
FRANCISCO EMERGENCY PHYS  UNSECURED       NOT FILED           .00           .00
FRANCISCO EMERGENCY PHYS  UNSECURED       NOT FILED           .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15750 MARY L BENNETT

```
NCO-MEDCLR                  UNSECURED       NOT FILED              .00              .00
NCO-MEDCLR                  UNSECURED       NOT FILED              .00              .00
NCO-MEDCLR                  UNSECURED       NOT FILED              .00              .00
TCF BANK                    UNSECURED       NOT FILED              .00              .00
LINCOLN TOWING SERVICE I    UNSECURED       NOT FILED              .00              .00
ASSET ACCEPTANCE LLC        UNSECURED          252.64              .00              .00
ROUNDUP FUNDING LLC         UNSECURED          828.00              .00              .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT      306.00              .00           306.00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,500.00                             854.84
TOM VAUGHN                  TRUSTEE                                               183.16
DEBTOR REFUND               REFUND                                                   .00
```

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  2,472.00

PRIORITY                                        306.00
SECURED                                         759.15
    INTEREST                                    368.85
UNSECURED                                          .00
ADMINISTRATIVE                                  854.84
TRUSTEE COMPENSATION                            183.16
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                   2,472.00               2,472.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 15750 MARY L BENNETT